
FILED
CHARLOTTE, NC

MAY 27 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BRIAN GREEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:19-cv-424-RJC-DSC |
| BANK OF AMERICA, et al., | ) ) ) |
| Defendants. | ) ) |

## MOTION FOR EXTENSION OF TIME

NOW COMES the Defendants, Robert L. Peresich and Glasser and Glasser, P.L.C., by counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and move this Court for an Order to extend time to file an answer or otherwise plead in the above-titled action on the following grounds:

1. Defendant, Glasser and Glasser, P.L.C., was served by certified mail to its Registered Agent on May 6, 2020.
2. Defendant, Robert L. Peresich, was served by certified mail on or about May 8, 2020.
3. The time for filing a responsive pleading has not yet expired.
4. Defendants request additional time as COVID-19 precautions have interfered with their ability to resolve this matter, hire outside counsel, and/or prepare a response.
5. Defendants have engaged in discussion with Plaintiff regarding a resolution and believe they have reached an agreement to dispose of this matter.
6. Defendants reached out to Plaintiff to see whether he would agree to this motion but has not heard back.

WHEREFORE, Defendants respectfully request the Court enter an Order extending the time to file an answer or otherwise plead up to July 1, 2020.

This 27th day of May, 2020.

ROBERT L. PERESICH and
GLASSER AND GLASSER, P.L.C.

*/s/ Charles C. Euripides*

Charles C. Euripides Bar No.22646
Glasser and Glasser, P.L.C.
580 E. Main Street, Suite 600
Norfolk, VA 23510
Telephone: 757/533-5555
Fax: 757/533-9009
Email:ceuripides@glasserlaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of Defendants' Motion for Extension of Time and proposed Order was served upon Defendant via U.S. Mail by placing the same in an envelope with proper postage and by mailing same to:

Brian Green

113 Indian Trail N, Ste 280

Indian Trail, North Carolina 28079

This the 27 day of May, 2020.

*Charles C. Euripides*
Charles C. Euripides Bar No. 22646
Glasser and Glasser, P.L.C.
580 E. Main Street, Suite 600
Norfolk, VA 23510
Telephone: 757/533-5555
Fax: 757/533-9009
Email: ceuripides@glasserlaw.com