UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Case No. 3:19-cv-00424-RJC-DSC

BRIAN GREEN,

        Plaintiff,

vs.

GLASSER AND GLASSER, P.L.C.,
ROBERT L. PERESICH,

        Defendants.

FILED
CHARLOTTE, NC

JUN 2 4 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

## STIPULATION OF DISMISSAL AGAINST DEFENDANTS GLASSER AND GLASSER, P.L.C. AND ROBERT L. PERESICH

Plaintiff Brian Green and Defendants Glasser and Glasser, P.L.C. and Robert L. Peresich (collectively "Defendants") hereby agree and stipulate that within action may be dismissed in its entirety with prejudice without costs or fees to any party.

Respectfully submitted this 24th day of June, 2020.

                                                _____
                                                Brian Green
                                                113 Indian Trail Road N, Suite 280
                                                Indian Trial, NC 28079
                                                briangreen350@gmail.com
                                                201.873.2037
                                                *Pro Se Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2020, I served a copy of the forgoing **STIPULATION OF DISMISSAL AGAINST DEFENDANTS GLASSER AND GLASSER, P.L.C. and ROBERT L. PERESICH**, and this Certificate of Service by depositing the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, said envelope being addressed as follows:

Charles C. Euripides Bar No. 22646
Glasser and Glasser, P.L.C.
580 East Main Street
Suite 600
Norfolk, VA 23510
Telephone: 757. 533.5555
Fax: 757.533.9009
Email: ceuripides@glasserlaw.com
*Attorney for Defendants Glasser and Glasser, P.L.C. and Robert L. Peresich*

Respectfully submitted this 24th of June, 2020.

_____
Brian Green
113 Indian Trail Road N, Suite 280
Indian Trial, NC 28079
briangreen350@gmail.com
201.873.2037
*Pro Se Plaintiff*